AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

AMADOU DIALLO,

        Plaintiff,

-against-

THE CITY OF NEW YORK, and POLICE SUPERVISORS, DETECTIVES and OFFICERS JOHN DOES 1-5,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 4390

TO: (Name and address of Defendant)

**THE CITY OF NEW YORK**
**c/o NYC LAW DEPARTMENT**
**100 CHURCH STREET**
**4th FLOOR SERVICE DESK**
**NEW YORK, NY 10007**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          MAY 0  2008

CLERK          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 9, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joel Berger | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Amanda Gonzales, Docketing Clerk

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 9, 2008
                 Date                    Signature of Server

360 Lexington Ave., New York, NY 10017
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.