UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

AMADOU DIALLO,

                              Plaintiff,

               -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 Civ. 4390 (LAP)

       **PLEASE TAKE NOTICE** that **Elizabeth M. Daitz**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
          May 21, 2008

                                         MICHAEL A. CARDOZO
                                         Corporation Counsel
                                         of the City of New York
                                         Attorney for Defendant City of New York
                                         100 Church Street, Room 3-218
                                         New York, New York 10007
                                         (212) 788-0775

                                         By:       /s/
                                                    Elizabeth M. Daitz
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

cc:      Joel Berger, Esq (via ECF)

                                         Index No. 08 Civ. 4390 (LAP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| AMADOU DIALLO,<br><br>                                 Plaintiff,<br><br>                   -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                               Defendants.<br>. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant City*<br><br>*100 Church Street, Rm. 3-218*<br>*New York, N.Y.  10007*<br>*Of Counsel: Elizabeth M. Daitz*<br><br>*Tel:  (212) 788-0775*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ...................................................,2008*<br><br>*............................................................................Esq.*<br><br>*Attorney for City of New York* |