AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE PRESKA

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

AMADOU DIALLO,

Plaintiff,

-against-

THE CITY OF NEW YORK, PO JAMES DIAZ (Shield 24459), PO RASHIED RICHARDSON (Shield 27421), SGT. KEVIN ROUGHNEEN (Tax ID 918255, SGT. GUERRERO and JOHN DOES 1-5

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4390

TO: (Name and address of Defendant)

SGT. GUERRERO
32nd Precinct
250 West 135th Street
New York, NY 10030

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER
360 LEXINGTON AVENUE, 16th Fl.
NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                              DATE

_Catherine Lapsley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 9, 2008 |
| NAME OF SERVER (PRINT)  Robert Davis | TITLE  Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: PO Amoroso, Desk, 32nd Precinct

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 9, 2008         *[signature]* Robert H. Davis
            Date                  Signature of Server

221 W. 37th St., NYC 10018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.