≜AO 440 (Rev. 8/01) Summons in    il Action          JUDGE PRESKA

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

AMADOU DIALLO,

                Plaintiff,          **SUMMONS IN A CIVIL ACTION**

-against-

THE CITY OF NEW YORK, PO JAMES DIAZ (Shield 24459), PO RASHIED RICHARDSON (Shield 27421), SGT. KEVIN ROUGHNEEN (Tax ID 918255, SGT. GUERRERO and JOHN DOES 1-5

CASE NUMBER:

                Defendants.



'08 CIV 4390

TO: (Name and address of Defendant)

SGT. KEVIN ROUGHNEEN
NYC Police Department
315 Hudson Street, 3rd Fl., Room 3
New York, NY 10013

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOEL BERGER
360 LEXINGTON AVENUE, 16th Fl.
NEW YORK, NY 10017-6502

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                                    DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE July 9, 2008 |
| NAME OF SERVER (PRINT) David Washington | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Sergeant Don Stern, 315 Hudson St.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 9, 2008
             Date

*Signature of Server*

221 W. 37th St., NYC 10018

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.